UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH DVORACHEK,

    Plaintiff,

vs.                                     CASE NO. 6:07-CV-1201-ORL-19GJK

SCOTT CREATIVE FOODS, INC.,
WILLIAM S. EARICK and WILLIAM
HEISS,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 36, filed February 6, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 36) is **ADOPTED and AFFIRMED.** The Joint Motion of Approval of Settlement Agreement (Doc. No. 30, filed December 3, 2008) is **GRANTED,** and the settlement is **APPROVED** to the extent it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. Plaintiff's Amended Motion for Entry of Judgment (Doc. No. 33, filed January 30, 2009) is **DENIED AS MOOT,** and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close the case.

**DONE AND ORDERED** at Orlando, Florida, this  25th  day of February, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record